Hon. Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABDUL QASIM RAY ZAHIR,<br>Defendant. | CASE NO. MJ22-412<br><br>COMPLAINT for VIOLATION<br><br>Title 18, United States Code, Section 922(g)(1) |

BEFORE Michelle L. Peterson, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant being duly sworn states:

**<u>COUNT 1</u>**

**(Unlawful Possession of a Firearm)**

On or about May 28, 2022, on the Tulalip Indian Reservation, and within Snohomish County in the Western District of Washington, ABDUL QASIM RAY ZAHIR, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year, to wit:

a. *Possession with Intent to Distribute MDMA (Ecstasy)*, in United States District Court for the District of Oregon, Cause No. CR06-60141-1-AA, dated on or about July 25, 2007;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. *Unlawful Possession of a Firearm in the Second Degree*, in King County Superior Court, Cause No. 05-1-09449-1 KNT, dated on or about November 4, 2005; and

c. *VUCSA - Possess Marijuana in a Quantity Greater than 40 Grams*, in King County Superior Court, Cause No. 05-1-09449-1 KNT, dated on or about November 4, 2005;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is:

- a 9mm semiautomatic Glock-style firearm with a dark gray lower receiver, a brown/tan color slide with green and darker brown camouflage markings on it, and with no visible make, model or serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 2**

**(Unlawful Possession of Ammunition)**

On or about May 28, 2022, on the Tulalip Indian Reservation, and within Snohomish County in the Western District of Washington, ABDUL QASIM RAY ZAHIR, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year, to wit:

a. *Possession with Intent to Distribute MDMA (Ecstasy)*, in United States District Court for the District of Oregon, Cause No. CR06-60141-1-AA, dated on or about July 25, 2007;

b. *Unlawful Possession of a Firearm in the Second Degree*, in King County Superior Court, Cause No. 05-1-09449-1 KNT, dated on or about November 4, 2005; and

c. *VUCSA - Possess Marijuana in a Quantity Greater than 40 Grams*, in King County Superior Court, Cause No. 05-1-09449-1 KNT, dated on or about November 4, 2005;

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is:

- Two coupled magazines loaded with 5.56x45 NATO/.223 Remington rounds;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Two (2) loose AK47-style rounds;
- A drum-style magazine loaded with 9mm Luger rounds;
- A 27-round magazine loaded with 9mm Glock rounds;
- A black plastic, 31-round magazine loaded with 9mm rounds;
- A PMAG 12 GL9 magazine loaded with 9mm rounds;
- An AK47-style magazine loaded with Winchester 7.62 x 39 rounds;
- An AR15-style magazine loaded with .223 Remington rounds;
- A plastic bag containing loose 9mm rounds;
- A partially filled box containing twenty-six (26) .40 S&W rounds;
- A box containing fifty (50) .22 Long Rifle rounds;
- A partially filled box containing forty-eight (48) 22 WMR rounds; and
- A PMAG 27 GL9 magazine loaded with 9mm ammunition;

all of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states in further support of this Complaint:

## COMPLAINANT'S BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since November 2014 and am currently assigned to the Seattle Field Office. My primary duties as a Special Agent include investigations of major crimes occurring in Indian Country, including, but not limited to, arson, assaults, crimes against children, domestic violence, firearms, fraud, kidnappings, murders, narcotics, rapes, and robberies. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and make arrests for federal felony offenses.

2. The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that ABDUL QASIM RAY ZAHIR ("ZAHIR") has committed violations of Title 18, United States Code, Section 922(g)(1).

## SUMMARY OF PROBABLE CAUSE

4. On May 28, 2022, at approximately 10:14 p.m., the Snohomish County Sheriff's Office (SCSO) received a 911 call reporting a shooting at a residence located at XX16 Totem Beach Road, Tulalip, Washington (the "Residence"). The Residence is located within the exterior boundaries of the Tulalip Indian Reservation. A SCSO deputy responded to the scene. The deputy determined that the shooting had occurred in a detached garage at the Residence. He observed a trail of blood running down a ramp from the garage. After multiple attempts to open the locked garage, law enforcement noted blood on the door, which was subsequently breached. When the door swung open it hit the body of the man later identified and referred to herein as "John Doe" to protect his privacy. Law enforcement and local fire and emergency medical services entered the garage and found Doe's body lying face-up with a single gunshot wound to the head. They checked for a pulse and confirmed that he was recently deceased (the Snohomish County Medical Examiner subsequently issued its report noting that John Doe had been shot three times and listing Doe's cause of death as "[g]unshot wounds of the head and torso").

5. The SCSO deputy on the scene specifically recalled seeing a box labelled "P80" in the garage when he found John Doe's body. The deputy knew from training and experience that P80 is a company that manufactures and sells firearms parts that can be privately manufactured into functioning firearms. The deputy also recalled seeing a drill press and small lathe near the P80 box in the garage – tools that he knew, from training and experience, are often used to machine and complete privately made firearms.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6. ZAHIR was present inside the Residence when law enforcement arrived. ZAHIR surrendered and was taken into custody. ZAHIR had an outstanding warrant issued by the Washington State Department of Corrections and was booked into custody on that warrant. ZAHIR was also wearing an ankle monitor related to court supervision in King County.

7. FBI responded to the scene, which had been secured by the SCSO and the Tulalip Police Department (TPD). The FBI and TPD interviewed ZAHIR, his parents (who confirmed ZAHIR lived in the Residence), and two females identified herein as "GB" and "AB" to protect their privacy. The interviews of ZAHIR, GB and AB are discussed further below.

**Interviews of GB**

8. GB has been interviewed on three separate occasions by law enforcement, first on the night of the homicide. GB told law enforcement that she was in the garage when the shooting occurred. She reported there were additional people in the garage at the time, including herself, ZAHIR, the victim, John Doe, another male, and an older couple (a female and male). GB reported that she and Doe got into an argument immediately prior to the shooting. GB was concerned about the noise Doe was making with a power tool he was using on the vehicle in the garage, so she unplugged it. This upset Doe, who began to walk towards her. ZAHIR then shot Doe with a tan/army brown firearm that looked like it was made of plastic. GB heard approximately five shots. She reported that she later used ZAHIR's phone to call her boyfriend.

9. I interviewed GB a second time on May 29, 2022. GB admitted to being an addict and that she had come over to the house on the night of homicide to buy some "blues." Her argument with John Doe started over the noise that Doe was making while working on the car. When Doe started walking toward GB in an "angry manner," ZAHIR pointed a gun at Doe and fired five times.

10. GB described later hearing a gurgling sound coming from Doe's body after the shooting. She wanted to call 911 and told ZAHIR that they could just say that he had



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. GB described later hearing a gurgling sound coming from Doe's body after the shooting. She wanted to call 911 and told ZAHIR that they could just say that he had shot Doe in self-defense. ZAHIR asked GB to not tell anyone what had happened, and he would not do anything to help Doe, despite her pleas. GB believed that ZAHIR may have placed something over Doe so that she would not have to see him. ZAHIR eventually called GB's roommate to come pick her up. After GB left the Residence, she called 911 and reported the shooting.

11. GB believed that ZAHIR and Doe had been close friends, but they had been fighting for a week prior to the shooting. According to GB, she previously overheard ZAHIR telling his mother that he was just going to shoot Doe in the head. GB said that this might have been the moment when ZAHIR decided to act on his previous statement. GB did not see any other person with a gun that night.

12. GB was aware that ZAHIR had guns, but she had initially thought they were fake. ZAHIR told her that all of his guns were handmade. GB admitted she purchased a gun part for ZAHIR at one point.

13. GB stated that she suffers from short-term memory loss resulting from trauma she experienced as a child. She has problems with her memory and always loses track of her passwords.

14. I interviewed GB a third time on July 13, 2022. She stated that ZAHIR had shot John Doe three or four times. GB described being scared when Doe was approaching her, but she did not think that it warranted ZAHIR shooting Doe. According to GB, Doe was not known as a violent person.

**ZAHIR's Arrest and Interviews**

15. ZAHIR was interviewed on two occasions. On both occasions, ZAHIR was provided with Miranda warnings. During the first interview, he initially agreed to speak with law enforcement, but ultimately declined to make any statements. During his second interview, ZAHIR admitted to living in the Residence where the shooting occurred since August 2021. When asked about what had happened on the night of the



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

shooting, ZAHIR stated that he had been sleeping in the Residence and woke up "out of it." ZAHIR stated that he has been working in the garage with a black man – John Doe. ZAHIR and Doe were working on a car together and Doe sometimes slept at the Residence. ZAHIR stated that he did not really know Doe, but that they have been working on the car for a couple of months and Doe had been with ZAHIR most of those days. ZAHIR stated that he and Doe generally got along together. When asked who shot Doe and what happened in the garage after the shooting, ZAHIR responded that he did not want to answer these questions.

**Federal Search Warrant Issued**

16. On morning of May 29, 2022, United States Magistrate Judge Michelle L. Peterson issued a search warrant authorizing the search of ZAHIR's Residence, including the detached garage, the vehicle in the garage and ZAHIR's cell phone, weapons, and other specified items. Pursuant to the search warrant, FBI agents and task force officers ("agents") searched the Residence, including a bedroom described by witnesses as ZAHIR's bedroom.

**Firearms seized from ZAHIR's Bedroom and the Garage**

17. In a two-drawer plastic organizer in ZAHIR's bedroom, law enforcement located and seized a 9mm semiautomatic Glock-style firearm with a dark gray lower receiver, a brown/tan color slide with green and darker brown camouflage markings on it, and with no visible make, model or serial number (commonly referred to as privately manufactured "ghost gun"). Attached to the end of the barrel of the firearm is a silver-colored metal cylinder, wrapped in a blue material. The photo below shows the above-referenced firearm.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970




18. In the same bedroom, law enforcement observed a wallet with ZAHIR's identification documents within it, a charging chord for ZAHIR's GPS ankle monitor, and other personal property believed to belong to ZAHIR.

19. In the garage where the shooting occurred, agents located and seized the following firearms:

- a black AR-style firearm with no visible make, model, or serial number, and with the following handwritten markings on it: "AR-15," "NATO 5.56," "5.56." and "BAD ASS;"

- a black AR-style firearm with no visible make, model, or serial number, with blue grips and a portion of the frame wrapped in a blue material, and with a loaded magazine that was stamped, "5.56 x 45;" and

- a .22 Rossi single shot firearm with a modified barrel and stock with an unknown serial number.

**Ammunition Seized from ZAHIR's Bedroom**

20. In the closet in ZAHIR's bedroom, agents located and seized three magazines two of which were coupled together and labeled as 5.56x45, PMAG 30 AR/M4 MOE, Magpul Industries Corp. According to magpul.com, the above magazine is a 30-round polymer magazine for AR15/M4 compatible weapons chambered in 5.56x45 NATO/.223 Remington. Both magazines were loaded with ammunition consistent with that described above.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

21. The third magazine found within the closet appeared to be an AK47 style magazine, but it was not loaded. There were two loose rounds located with the magazine that appeared to be consistent with AK47 rounds of ammunition. Additionally, there was a third loose round of a smaller caliber. The photo below shows the above-referenced magazines and rounds of ammunition.




22. A single round from one of the loaded, coupled AR style magazines described above was removed and photographed (Round 1). Additionally, photos were taken of one of the loose AK47 style rounds described above (Round 2).

Round 1:





UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Round 2:



23. Agents also seized multiple loaded magazines, boxes of ammunition, and a bag of loose rounds, which were stored within a box located under the bed in ZAHIR's bedroom, which are shown in the photo below. Four of the magazines were loaded with 9mm ammunition. In addition, there was a plastic bag containing loose rounds of 9mm ammunition, a partial box of .40 S&W ammunition, a box of .22 Long Rifle ammunition, and a partial box of 22 WMR ammunition.

Magazines and Ammunition:





UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

24. One of the magazines found under the bed was a Promag Industries drum style magazine, which was loaded with 9mm Luger ammunition. According to promagindustries.com, Promag makes multiple styles of 9mm drum magazines, many of which are compatible with Glock style firearms. A single round was removed from the drum style magazine and photographed (Round 8).

Magazine:



Round 8:





UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

25. Also under the bed was a PMAG 27 GL9, Magpul Industries Corp., magazine loaded with 9mm ammunition. According to magpul.com, the above referenced magazine is a 27 round Glock 9mm magazine. A singe round was removed and photographed from this magazine (Round 5). The magazine and Round 5 are shown below.

Magazine:




Round 5:





UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

26. A third magazine found under the bed was a black plastic, 31-round magazine loaded with 9mm ammunition. A singe round was removed and photographed from this magazine (Round 4). The magazine and Round 4 are depicted below.

Magazine:



Round 4:



///

///

///



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

27. A fourth magazine was a PMAG 12 GL9 loaded with 9mm ammunition. According to magpul.com, the PMAG 12 GL9 is a magazine compatible with Glock 26 style firearms. A singe round was removed and photographed from this magazine (Round 3). The magazine and Round 3 are depicted below.

Magazine:




Round 3:



28. Additionally, a magazine that appeared to be an AK47 style magazine loaded with Winchester 7.62 x 39 ammunition and an AR15 style magazine loaded with ammunition labeled as .223 Remington were found under the bed in ZAHIR's room along with the magazines described above. A singe round was removed and photographed from each of these magazines (Round 6 and Round 7). Rounds 6 and 7 are both shown below:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Round 6:





Round 7:





29. As described above, a plastic bag containing loose rounds of 9mm ammunition, a partial box of .40 S&W ammunition, a box of .22 Long Rifle ammunition, and a partial box of 22 WMR ammunition were also found under the bed in ZAHIR's bedroom along with the above-described magazines and ammunition.

///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

30. The plastic bag containing loose rounds of 9mm ammunition contained at least two different types of 9mm ammunition. A single round of each type was removed from the bag and photographed (Round 9 and Round 10).

Round 9:



Round 10:



///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

31. The partial box of .40 S&W ammunition contained a total of twenty-six (26) rounds of ammunition. The rounds were photographed as a group.

.40 S&W Rounds:



32. The box of .22 Long Rifle ammunition contained fifty (50) rounds of ammunition. The box and rounds were photographed as a group.

.22 Long Rifle Box:






UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

.22 Long Rifle Ammunition:





33. The box of 22 WMR ammunition contained forty-eight (48) rounds of ammunition. The box and rounds are shown in the photos below.

22 WMR Box and Ammunition:






34. Within ZAHIR's bedroom, agents also located a loaded magazine in the same drawer in which they had located a Glock style firearm. The magazine was a PMAG 27 GL9, Magpul Industries Corp., loaded with 9mm ammunition. According to magpul.com, the above referenced magazine is a 27 round Glock 9mm magazine. The magazine and a loose round, removed from the magazine for purposes of photographing (Round 11), are shown in the photos below:



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Magazine:



Round 11:





**<u>Review of the Firearm and Ammunition Seized From ZAHIR's Bedroom</u>**

35. A Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) trained in the recognition of firearms has reviewed photographs of the above-referenced 9mm semiautomatic Glock-style firearm with no visible make, model or serial number, which was seized from ZAHIR's bedroom. Based on the photos and her knowledge and experience, she determined that the above-referenced handgun meets the definition of a firearm under federal law.

36. The ATF Special Agent also examined the photos of the various rounds of ammunition described above and found that they contained headstamp markings from the following production facilities: Federal Cartridge Company, CCI Ammunition, Winchester (consumer and military rounds), Ammo Inc., Sellier & Bellot, Remington Peters, Lake City Army Ammunition Plant, PMC Ammunition, and Chinese Factory #71 (military production). Based upon her examination of the photos of the ammunition, in



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conjunction with her research, knowledge and experience, it is her preliminary opinion that the rounds depicted in the above-referenced photos are ammunition as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(17)(a), and were not manufactured in the State of Washington.

**Interview of AB**

37. On June 16, 2022, I interviewed AB who confirmed that she sometimes stayed in ZAHIR's bedroom and had been in a relationship with ZAHIR. She stated that she once saw a gun in either the Residence or the garage. AB was adamant that none of the guns or ammunition at the Residence were hers. At the time of the interview AB stated that she was not able to think straight because she was so nervous.

38. AB was interviewed a second time on July 29, 2022. AB confirmed that she had seen a gun lying on the bed in ZAHIR's bedroom. ZAHIR had told her that he was making guns. AB denied owning or possessing any firearm or ammunition recovered from ZAHIR's bedroom.

**ZAHIR's Criminal History**

39. I have reviewed documents reflecting ZAHIR's criminal history. He has the following adult felony convictions: Possession with Intent to Distribute MDMA (Ecstasy), in United States District Court for the District of Oregon, Cause No. CR06-60141-1-AA, dated July 25, 2007, for which he was sentenced to one hundred and twenty (120) months of imprisonment; Unlawful Possession of a Firearm in the Second Degree, in King County Superior Court, Cause No. 05-1-09449-1 KNT, dated November 4, 2005, for which he was sentenced to fourteen (14) months of imprisonment; and VUCSA – Possess Marijuana in a Quantity Greater than 40 Grams, in King County Superior Court, Cause No. 05-1-09449-1 KNT, dated November 4, 2005, for which he was sentenced to fourteen (14) months of imprisonment.

///

///

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

40. Based on the foregoing information, I respectfully submit that there is probable cause to believe that ABDUL QASIM RAY ZAHIR committed the crimes of Unlawful Possession of a Firearm and Unlawful Possession of Ammunition, in violation of Title 18, United State Code, Sections 922 (g)(1).

ABEL J. PETERSON, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me telephonically, and submitted electronically, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 1st day of September 2022.

MICHELLE L. PETERSON
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970